FILED
2014 Feb-10 PM 03:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **CLIFTON HENDERSON** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 13-CV-01510-JEO |
| | ) | **JURY TRIAL DEMANDED** |
| **CARSON SMITHFIELD, LLC,** | ) | |
| a corporation; | ) | |
| | ) | |
| Defendant. | ) | |

## FIRST AMENDED COMPLAINT

This is an action brought by the Plaintiff, Clifton Henderson, for actual and statutory damages, attorney's fees, and costs for Defendants' violations of the Fair Debt Collections Practices Act, 15 U.S.C. § 1692 *et seq.* (hereinafter "FDCPA").

### JURISDICTION AND VENUE

This Court has jurisdiction under 15 U.S.C. §1692k (d). Venue is proper in that at all relevant times the Defendant transacted business here, and the Plaintiff resides here.

### STATEMENT OF THE PARTIES

1. Plaintiff, Clifton Henderson, is over the age of nineteen (19) years

and is a resident of the city of Trussville in Jefferson County, Alabama.

2. Defendant Carson Smithfield, LLC is, and at all times pertinent herein was, a foreign corporation or other legal entity organized under the laws of the State of Delaware with its principal place of business in the State of New York. Plaintiff asserts that, upon information and belief, Defendant Carson Smithfield, LLC is a debt collector as that term is defined by the Fair Debt Collections and Practices Act at 15 U.S.C. §1692(a)(6).

3. All events herein occurred in Jefferson County, Alabama.

**STATEMENT OF FACTS**

4. The Plaintiff allegedly incurred a financial obligation (the "Debt") to an original creditor, Merrick Bank Corporation (the "Creditor").

5. The Debt arose from services provided by the Creditor which were primarily for family, personal or household purposes and which meet the definition of a "debt" under 15 U.S.C. § 1692a(5).

6. The Debt was assigned to Defendant for collections by the Creditor, or the Defendant was hired by the Creditor to collect the Debt.

7. The Defendant is a debt collector as that term is defined by the Fair

Debt Collections and Practices Act at 15 U.S.C. §1692(a)(6).

8. The Defendant attempted to collect the Debt and, as such, engaged in "communications" as defined in 15 U.S.C. § 1692a(2).

9. In the course of collecting the Debt, Defendant communicated with the Plaintiff in a manner that violated the FDCPA.

*Calls*

10. On or about August 20, 2012, and possibly at some times prior to August 20, 2012, Plaintiff began to receive automated telephone calls placed to his cellular telephone from the Defendant. Plaintiff's cellular telephone number is (205) 516-9473.

11. Since August 20, 2012, Plaintiff has received at least sixty-one (61) automated telephone calls to his cellular telephone from the Defendant.

12. Many of these calls, specifically but not limited to the calls placed on January 14, 2013, February 14, 2013, February 28, 2013, May 29, 2013, June 26, 2013, July 1, 2013, July 17, 2013, failed to state that the calls were from a debt collector.

13. These calls also failed to state that they were an attempt to collect a debt, and that any information obtained would be used for that

purpose.

*Letter*

14. On or about July 11, 2013, Defendant caused a collection letter to be sent to Plaintiff in an attempt to collect the Debt.

15. This letter was the only written correspondence received by Plaintiff from Defendant regarding the Debt.

16. The letter was not sent within five days after the initial communication with Plaintiff as required by 15 U.S.C. § 1692g(a).

17. The letter did not contain the validation language required by 15 U.S.C. § 1692g(a)(3), 15 U.S.C. § 1692g(a)(4) or 15 U.S.C. § 1692g(a)(5).

## CAUSES OF ACTION

### COUNT ONE
### VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT
### 15 U.S.C. § 1692 et seq.

18. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

19. The Defendant has engaged in collection activities and practices in violation of the FDCPA with respect to the Plaintiff's alleged

consumer debt.

20. The Defendant failed to disclose his/her identity in violation of § 1692d(6).

21. Defendant failed to disclose in subsequent communications that the communication was from a debt collector and failed to give the required warnings in violation of 15 U.S.C. § 1692e(11).

22. The Defendant used false, deceptive, and misleading representations with the collection of the debt in violation of § 1692e, in particular § 1692e(2) and § 1692e(5).

23. The Defendant violated § 1692f by using an unfair means to collect or attempt to collect the alleged debt.

24. The Defendant failed to send a written communication in the appropriate time after the initial oral contact in violation of § 1692g.

25. As a result of Defendant's violations of the FDCPA, Plaintiff is entitled to statutory damages in an amount up to $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)(A); and, reasonable attorney's fees and costs pursuant to 15 U.S.C. § 1692k(a)(3), from Defendant.

**WHEREFORE, PREMISES CONSIDERED**, the Plaintiff demands

judgment against the Defendant as follows:

A. Declaratory judgment that the Defendant's conduct violated the FDCPA;

B. Statutory damages of $1,000 from the Defendant for the violations of the FDCPA (15 U.S.C.§ 1692k);

C. Costs and reasonable attorney's fees from the Defendant pursuant to 15 U.S.C. § 1692k;

D. Such other relief that this Court deems just and proper.

**PLAINTIFF DEMANDS A TRIAL BY STRUCK JURY**

/s/ *W. Whitney Seals*
W. WHITNEY SEALS,
Attorney for Plaintiff

**OF COUNSEL:**

**PATE & COCHRUN, L.L.P.**
P. O. Box 10448
Birmingham, AL 35202-0448
Telephone: (205) 323-3900
Facsimile: (205) 323-3906
filings@plc-law.com

*/s/ John C. Hubbard*
John C. Hubbard
Attorney for Plaintiff

**OF COUNSEL:**

**John C. Hubbard, LLC**
PO Box 961
Pelham, AL 35124
205-378-8121

**PLAINTIFF'S ADDRESS:**
Mr. Clifton Henderson
459 Main Street 101-453
Trussville, AL 35173

### CERTIFICATE OF SERVICE

I hereby certify that on this the 10th Day of February 2014, if the foregoing is electronically filed with the Clerk of the Court using the CM/ECF system, the CM/ECF system will send notification of such filing to the following:

John David Collins, Esq.
William T. Mayfield, IV, Esq.
MAYNARD COOPER & GALE PC
1901 6th Avenue North, Suite 2400
Birmingham, AL 35203-2618

*/s/ John C. Hubbard*