IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| CLIFTON HENDERSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NUMBER: CV-2013-01510 |
| ) | |
| CARSON SMITHFIELD, LLC ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Clifton Henderson and Defendant Carson Smithfield, LLC, by and through their undersigned counsel of record, hereby agree and stipulate that the above-styled action and all claims contained therein should be dismissed with prejudice with each party to bear its own costs, expenses and fees

Dated this the 24th day of March, 2014.

Respectfully submitted,

_____
John David Collins
W. Thomas Mayfield, IV
Attorneys for Carson Smithfield, LLC

**OF COUNSEL:**
MAYNARD COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions / Harbert Plaza
Birmingham, AL 35206
Tel: (205) 254-1000
Fax: (205) 714-6404

02856360.1

 

/s/ W. Seals
_____
W. Whitney Seals
Attorney for Clifton Henderson

**OF COUNSEL:**
PATE & COCHRUN, LLP
P. O. Box 10448
Birmingham, Alabama 35202
Phone: (205) 323-3900
Fax:     (205) 323-3906